LIM, RUGER & KIM, LLP

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| U.S. TEXTILE PRINTING, INC., a California corporation,<br><br>            Plaintiff,<br>    v.<br><br>CREW KNITWEAR, INC., a California Corporation, ALLEN YUM, an individual, CHARMING SHOPPES, INC., a Pennsylvania corporation, FASHION BUG, an unknown business entity, MAURICES, an unknown business entity, DOTS, an unknown business entity, LANE BRYANT, an unknown business entity, CATHERINE PLUS SIZES, a unknown business entity, PETITE SOPHISTICATE, an unknown business entity, THE DRESS BARN, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><hr>CREW KNITWEAR, INC., a California Corporation,<br><br>            Counter-claimant, | **Case No. CV08-04139 ODW (SSx)**<br><br>(Consolidated for all purposes with Case No. CV 07-07658 ODW (SSx))<br><br>JUDGMENT AFTER PARTIAL SUMMARY JUDGMENT |

00452593

---

1
JUDGMENT AFTER PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| v. | ) |
| | ) |
| US TEXTILE PRINTING, INC., a | ) |
| California Corporation, | ) |
| | ) |
| Counter-defendant. | ) |
| _____ | ) |

The Court having heard, considered and granted the motion for partial summary judgment of Defendants Crew Knitwear, Inc., Allen Yum, Charming Shoppes, Inc., Fashion Bug Retail Companies, Inc., Lane Bryant, Inc., and Petite Sophisticate, Inc., which motion was joined by Defendants Dots, LLC, Maurices Incorporated and The Dress Barn, Inc., and having issued its Order thereon dated August 25, 2010, the terms of which are incorporated herein by this reference,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that on the third amended complaint of Plaintiff U.S. Textile Printing in case number CV-08-04139, Defendants Crew Knitwear, Inc., Allen Yum, Charming Shoppes, Inc., Fashion Bug Retail Companies, Inc., Lane Bryant, Inc., Petite Sophisticate, Inc., Dots, LLC, Maurices Incorporated and The Dress Barn, Inc. shall have judgment against U.S. Textile Printing, Inc. on the first cause of action for copyright infringement.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over the remaining causes of action of the third amended complaint, and those causes of action are dismissed.

IT IS FURTHER ORDERED that Plaintiff shall take nothing by the action and said defendants are awarded their costs of suit. If appropriate, defendants may

1  seek attorney fees by noticed motion filed in accord with the Federal Rules of Civil
2  Procedure.
3      IT IS FURTHER ORDERED that the Court will issue a separate judgment
4  on the consolidated case, CV-07-07658, and on the counterclaim of Crew
5  Knitwear, Inc. in case CV-08-04139.

7  Dated: October 4, 2010     _____
8                                     Otis D. Wright, II
                                   United States District Judge

LIM, RUGER & KIM, LLP

00452593

3
JUDGMENT AFTER PARTIAL SUMMARY JUDGMENT