JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| U.S. TEXTILE PRINTING, INC., a California corporation, <br><br>                    Plaintiff, <br>     v. <br><br> CREW KNITWEAR, INC., a California Corporation, ALLEN YUM, an individual, CHARMING SHOPPES, INC., a Pennsylvania corporation, FASHION BUG, an unknown business entity, MAURICES, an unknown business entity, DOTS, an unknown business entity, LANE BRYANT, an unknown business entity, CATHERINE PLUS SIZES, a unknown business entity, PETITE SOPHISTICATE, an unknown business entity, THE DRESS BARN, INC., a California Corporation, and DOES 1 through 10, inclusive, <br><br>                    Defendants. <br> _____ <br> CREW KNITWEAR, INC., a California Corporation, <br><br>                   Counter-claimant, | Case No. CV08-04139 ODW (SSx) <br><br> (Consolidated for all purposes with <br><br> Case No. CV07-07658 ODW (SSx)) <br><br><br> JUDGMENT |

LIM, RUGER & KIM, LLP

00466627

1
JUDGMENT

| | |
|---|---|
| v. | ) |
| | ) |
| US TEXTILE PRINTING, INC., a | ) |
| California Corporation, | ) |
| | ) |
| Counter-defendant. | ) |
| _____ | ) |

**UPON THE COURT'S RULINGS ON MOTIONS FOR SUMMARY JUDGMENT, AND UPON THE STIPULATIONS OF THE PARTIES, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

I.  <u>On the third amended complaint of Plaintiff U.S. Textile Printing, Inc. in case number CV-08-04139</u>

Defendants Crew Knitwear, Inc., Allen Yum, Charming Shoppes, Inc., Fashion Bug Retail Companies, Inc., Lane Bryant, Inc., Petite Sophisticate, Inc., Dots, LLC, Maurices Incorporated and The Dress Barn, Inc., shall have judgment against Plaintiff U.S. Textile Printing, Inc., on the first cause of action;

The Court declines to exercise supplemental jurisdiction over the remaining causes of action, and those causes of action are dismissed;

Said Plaintiff shall take nothing by the third amended complaint in case number CV-08-04139, and said Defendants are awarded their costs of suit; and

If appropriate, said Defendants may seek fees by noticed motion filed in accordance with the Federal Rules of Civil Procedure.

II. <u>On the counterclaim of Counter-claimant Crew Knitwear, Inc. in case number CV-08-04139</u>

The first cause of action is dismissed as moot;

Counter-claimant Crew Knitwear, Inc., shall have judgment against Counter-defendant U.S. Textile Printing, Inc. on the second cause of action;

LIM, RUGER & KIM, LLP

00466627

The Court declines to exercise supplemental jurisdiction over the remaining third cause of action, and that cause of action is dismissed;

The Court declares that United States Copyright registrations VAu 657-869, VAu 713-378, VAu 745-391, VAu 688-155, VAu 727-132, VAu 735-454, VAu 726-861, VAu 707-023, VAu 658-048, VAu 732-144, VAu 721-529, VAu 733-388, VAu 732-257, VAu 658-531, VAu 657-869, and VAu 720-927 are invalid;

Counter-claimant Crew Knitwear, Inc. is awarded its costs of suit; and

If appropriate, said Counter-Claimant may seek fees by noticed motion filed in accordance with the Federal Rules of Civil Procedure.

III.  <u>On the complaint of Crew Knitwear, Inc. in case number CV-07-07658</u>

Defendants U.S. Textile Printing, Inc., Young Jin Textile Printing, Globe Apparel, Inc., Uno Clothing, Inc., and Julie's Closet shall have judgment against Plaintiff Crew Knitwear, Inc., on the first and second causes of action;

Said Plaintiff shall have judgment against said Defendants on the third cause of action;

The Court declines to exercise supplemental jurisdiction over the remaining causes of action, and those causes of action are dismissed; and

The Court declares that United States Copyright registrations VAu 657-869, VAu 713-378, VAu 745-391, VAu 688-155, VAu 727-132, VAu 735-454, VAu 726-861, VAu 707-023, VAu 658-048, VAu 732-144, VAu 721-529, VAu 733-388, VAu 732-257, VAu 658-531, VAu 657-869, and VAu 720-927 are invalid.

Dated: October 25, 2010    _____
                           Otis D. Wright, II
                           United States District Judge

00466627

LIM, RUGER & KIM, LLP