UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-04139 ODW (SSx) | Date | March 4, 2011 |
|---|---|---|---|
| Title | *U.S. Textile Printing, Inc. v. Crew Knitwear, Inc., et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order to Show Cause Why U.S. Textile Printing, Inc. Should Not Be Sanctioned**

On December 17, 2010, the Court ordered Plaintiff, U.S. Textile Printing, Inc., to file AO Form 121, Report on the Filing or Determination of an Action, with the Copyright Office. (Dkt. No. 178.) Plaintiff, to this day, has failed to file the requisite form.

Accordingly, the Court orders Plaintiff to show cause in writing by **March 14, 2011** as to why sanctions should not be imposed.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |